# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Dial Technology, LLC,   Civil No. 13-cv-2995 (MJD/TNL)

    Plaintiff,

v.   **ORDER**

Bright House Networks, LLC,

    Defendant.

---

Jeffrey C. Thompson and Jacob R. Grassel, Howse & Thompson, PA, 3189 Fernbrook Lane North, Plymouth, MN 55447 (for Plaintiff).

Sten-Erik Hoidal and Jessica L. Edwards, Fredrikson & Byron, PA, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402 (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 4, 2014 [Docket No. 26], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint and to Transfer Venue [Docket No. 16] is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.

Date:  August 21, 2014                               s/Michael J. Davis
                                                                 The Honorable Michael J. Davis
                                                                 Chief United States District Court Judge
                                                                 for the District of Minnesota